**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| SHANE SCOFIELD, individually and on behalf of all others similarly situated,  :<br><br>Plaintiff,  :<br><br>v.  :<br><br>PHOENIX LAW PC  :<br><br>Defendant.  : | Civil File No. 1:23-cv-01004-CNS-KLM |

**MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT**

COMES NOW Plaintiff, pursuant to Fed. R. Civ. P. 55(a), hereby files this Motion for Clerk's Entry of Default against Phoenix Law PC ("Defendant") in the above-styled action. Mr. Scofield respectfully requests that the Clerk of Court enter default as the Defendant has failed to serve or file an answer to Plaintiff's claims in this action within the time permitted by law or otherwise.

Federal Rule of Civil Procedure 12(a), entitled "Time to Serve a Responsive Pleading," provides in pertinent part that "[a] defendant must serve an answer within 21 days after being served with the summons and complaint." See Fed. R. Civ. P. 12(a)(1)(A)(i). Federal Rule of Civil Procedure 55(a), entitled "Entering a Default," provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." See Fed. R. Civ. P. 55(a) (emphasis added).

Here, the Plaintiff filed his Complaint in April 21, 2023. *See* ECF No. 1. The Defendant was served on April 21, 2023 with its responsive pleadings due on May 12, 2023. *See* ECF No.

5. However, the Defendant did not file a responsive pleading. Accordingly, the Plaintiff requests that the Clerk enter the Defendant's default pursuant to Fed. R. Civ. P. 55(a).

## CONCLUSION

WHEREFORE, for the reasons set forth herein, the Plaintiff respectfully requests that the Clerk of Court enter default against Defendants pursuant to Fed. R. Civ. P. 55(a).

Dated: June 11, 2023

>PLAINTIFF,
>By his attorneys
>
>*/s/ Anthony I. Paronich*
>Anthony I. Paronich
>Paronich Law, P.C.
>350 Lincoln Street, Suite 2400
>Hingham, MA 02043
>(508) 221-1510
>anthony@paronichlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on this on all counsel of record via the Court's CM/ECF system and that the Plaintiff will have this served on Phoenix Law PC.

>*/s/ Anthony I. Paronich*